UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONTROLBOX.COM, LLC,

       Plaintiff,                           Case No. 14-11069

                                                Paul D. Borman
v.                                         United States District Judge

MICHAEL NICHOLS, AND
NIXCO, LLC,

       Defendants.
_____/

**ORDER REQUIRING DISCLOSURE OF THE IDENTITIES OF EACH MEMBER OF THE PLAINTIFF CONTROLBOX.COM LLC AND DEFENDANT NIXCO, LLC**

       The Court has reviewed Plaintiff's Complaint and finds that there is a question as to whether this Court has subject matter diversity jurisdiction over this action. Plaintiff alleges that jurisdiction over this matter "is based on diversity of the parties" and alleges that Plaintiff is a Michigan limited liability company, Defendant Michael Nichols is a Missouri resident, and Defendant Nixco, LLC is a "Missouri corporation". (Compl. ¶¶ 2-4, 6).

       The party invoking the federal court's jurisdiction "has the burden of demonstrating by competent proof that the complete-diversity and amount-in-controversy requirements are met." *Cleveland Housing Renewal Project v. Deutsche Bank Trust Co.*, 621 F.3d 554, 559 (6th Cir. 2010). For purposes of establishing diversity jurisdiction pursuant to 28 U.S.C. § 1332, a limited liability company has the citizenship of each of its members. *See Delay v. Rosenthal Collins Group, LLC,* 585 F.3d 1003, 1005 (6th Cir. 2009) (holding that a limited liability company has the citizenship of each of its members).

       The Court Orders the Plaintiff submit to the Court, on or before April 7, 2014, the identities

and residencies of each of the members of Plaintiff Controlbox.com, LLC and Defendant Nixco, LLC. In the event that any member identified is a partnership or a limited liability company, Plaintiff shall further identify the individual members of those entities.

IT IS SO ORDERED.

                                            s/Paul D. Borman  
                                            PAUL D. BORMAN  
                                            UNITED STATES DISTRICT JUDGE

Dated: March 24, 2014

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 24, 2014.

                                            s/Deborah Tofil  
                                            Case Manager