IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Controlbox.com, LLC, | Case no. 14-11069 |
| Plaintiff, | Judge Laurie J. Michelson |
| vs. | Magistrate Judge R. Steven Whalen |
| MICHAEL NICHOLS, et. al., | |
| Defendants, | |
| vs. | |
| STEVEN J. MCAULEY, et. al., | |
| Third Party Defendants | |

Michael Nichols (pro se)
mike@nixco.net
4303 McPherson Avenue
Saint Louis, MO 63108
Telephone: 314-323-5459

### NOTICE OF DEFENDANT MICHAEL NICHOLS' WITHDRAWAL OF THIRD PARTY CLAIM AGAINST AUTOTRADER.COM, INC.

Defendant Michael Nichols hereby withdraws his Third Party claim against Autotrader.com, Inc. without prejudice on the grounds of prematurity. Defendant requests that the Court grant leave to reintroduce his claim against Autotrader.com, Inc. should discovery reveal that agents and/or employees of Autotrader.com, Inc. did assist Third Party Defendants

McAuley and Cohen in tortious activities including but not limited to those alleged in the

Defendant's Third Party Complaint.

Respectfully,

/s/Michael Nichols
Michael Nichols (Defendant Pro Se)
mike@nixco.net
4303 McPherson Avenue
Saint Louis, MO 63108
Telephone: 314-323-5459

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Controlbox.com, LLC, | Case no. 14-11069 |
|     Plaintiff, | |
| | Honorable Laurie J. Michelson |
| vs. | |
| | Magistrate Judge R. Steven Whalen |
| MICHAEL NICHOLS, et. al., | |
|     Defendants, | |
| vs. | |
| STEVEN J. MCAULEY, et. al., | |
|     Third Party Defendants | |

Michael Nichols (pro se)
mike@nixco.net
4303 McPherson Avenue
Saint Louis, MO 63108
Telephone: 314-323-5459

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13th, 2014, I electronically filed the foregoing papers with

the Clerk of the Court using the ECF system which will send electronic notices of same to

all counsel of record.

Respectfully,
/s/Michael Nichols
Michael Nichols (Defendant Pro Se)
mike@nixco.net
4303 McPherson Avenue
Saint Louis, MO 63108
Telephone: 314-323-5459