UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONTROLBOX.COM, LLC,

    Plaintiff,

v.

MICHAEL NICHOLS and
NIXCO, LLC,

    Defendants,

v.

STEVEN J. MCAULEY, JOSEPH COHEN, AND
MC INVESTMENTS OF MICHIGAN, INC.,

Third Party Defendants.
_____/

Case No. 14-11069
Honorable Laurie J. Michelson
Magistrate Judge R. Steven Whalen

## ORDER

On June 17, 2014, Third Party Defendant Joseph Cohen filed a Motion to Dismiss Nichols's Third Party Complaint against Joseph Cohen, for lack of personal jurisdiction under Rule 12(b)(2). (Dkt. 36.) On June 18, 2014, Nichols filed an Amended Third Party Complaint. (Dkt. 37.) Cohen was ordered to inform the Court whether he would withdraw the Motion and re-file it in response to the Amended Complaint, or stand on the Motion as filed. Cohen has now advised the Court that he will stand on the Motion as filed. Accordingly, the Court will treat the Motion as pertaining to the Amended Third Party Complaint (Dkt. 37). The deadline for Nichols's response to the Motion to Dismiss is extended seven days to July 18, 2014.

                                            s/Laurie J. Michelson
                                            LAURIE J. MICHELSON
                                            UNITED STATES DISTRICT JUDGE

Dated: June 24, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 24, 2014.

          s/Jane Johnson
          Case Manager to
          Honorable Laurie J. Michelson