IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CONTROLBOX.COM, LLC.,

                              Case No. 2:14-cv-11069-PDB-RSW

       Plaintiff,                      Hon. Laurie J. Michelson
                                    Magistrate Judge R. Steven Whalen

vs.

MICHAEL NICHOLS, and
NIXCO, LLC,
jointly and severally,

       Defendants,

vs.

STEVEN J. MCAULEY, JOSEPH COHEN,
MC INVESTMENTS OF MICHIGAN, INC., and
AUTOTRADER.COM, INC.

       Third Party Defendants,

---

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Jeff Steinport of Steinport Law PLC, is entering an appearance in this matter as counsel for Defendant Nixco, LLC.

Dated: June 27, 2014                s/ Jeff Steinport
                                  Jeff Steinport (P76401)
                                  Steinport Law PLC
                                  538 Bond Ave NW Ste 812
                                  Grand Rapids, MI 49503
                                  (616) 730-1401
                                  jeff.steinport@steinportlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 27, 2014, I electronically filed the foregoing Notice of

Appearance with the Clerk of the Court using the ECF system which will send electronic notices

of same to all counsel of record.


Dated: June 27, 2014

s/ Jeff Steinport_____
Jeff Steinport (P76401)
Steinport Law PLC
538 Bond Ave NW Ste 812
Grand Rapids, MI 49503
(616) 730-1401
jeff.steinport@steinportlaw.com