IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CONTROLBOX.COM, LLC.,

       Case No. 2:14-cv-11069-PDB-RSW

    Plaintiff,       Hon. Laurie J. Michelson
                     Magistrate Judge R. Steven Whalen

vs.

MICHAEL NICHOLS, and
NIXCO, LLC,
jointly and severally,

    Defendants,

vs.

STEVEN J. MCAULEY, JOSEPH COHEN,
MC INVESTMENTS OF MICHIGAN, INC., and
AUTOTRADER.COM, INC.

    Third Party Defendants,

---

### **STIPULATED ORDER SETTING ASIDE DEFAULT JUDGMENT**

The parties having stipulated to the entry of this order, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Clerk's Entry of Default Judgment against Defendant Nixco, LLC dated April 14th, 2014 be set aside.

        IT IS SO ORDERED

        s/Laurie J. Michelson
        United States District Judge

        June 27, 2014

STIPULATED AND AGREED:

/s/ David Hansma
David Hansma (P71056)
Attorney for Plaintiff and Third Party
Defendants Steven J. McAuley, Joseph Cohen
and MC Investments of Michigan, Inc.


/s/Michael Nichols (w/ permission)
Michael Nichols
Pro se

/s/ Jeff Steinport (w/ permission)
Jeff Steinport (P76401)
Steinport Law PLC
538 Bond Ave NW Ste 812
Grand Rapids, MI  49503
jeff.steinport@steinportlaw.com
Attorney for Defendant Nixco, LLC


CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 27, 2014.

                                              s/Jane Johnson
                                              Case Manager to
                                              Honorable Laurie J. Michelson